### LOUIS LOEB v. KENT & KAUFHOLD.

DISMISSAL OF PROCEEDINGS IN ERROR FOR FAILURE TO FILE TRANSCRIPT.
  Failure to file transcript of final record or transcript of docket or journal
    entries until after four months of rendition of judgment complained of
    and filing of petition in error gives the appellate court no jurisdiction
    to review judgment.

Bates & Meyer, for plaintiff in error.

Klein & Stagman and J. R. Jordan, for defendant in error.

SWING, J.

No transcript of the final record or transcript of the docket or journal entries in this case was filed in this court until long after the four months from the rendition of the judgment complained of, and not for more than four months after the petition in error had been filed. This court therefore has acquired no jurisdiction to hear and determine whether the judgment is correct or not. *Second Nat. Bank* v. *Moderwell*, 59 Ohio St. 221 [52 N. E. Rep. 194]; *Falconer* v. *Martin*, 66 Ohio St. 352, 356 [64 N. E. Rep. 430].

The action in this court should be dismissed.

Giffen and Smith, JJ., concur.